CM-180

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| DAVID BOONE-STATE BAR NO: #74165<br>SPECIALLY APPEARING<br>1611 THE ALAMEDA<br>SAN JOSE, CA 95126<br>TELEPHONE NO.: 408-291-6000   FAX NO. (Optional): 408-291-6016<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Kathryn Bazurto | 2014 FEB -3 P 12:50<br>FILED<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF/PETITIONER: Miguel A. Velazguez-Mata, Luis Alberto et al.

DEFENDANT/RESPONDENT: Kathryn Mary Bazurto and Francisco Bazurto

**NOTICE OF STAY OF PROCEEDINGS**

CASE NUMBER: 3:13-cv-05965-SI
JUDGE:
DEPT.:

**To the court and to all parties:**

1. Declarant (name): Leela V. Menon

   a. [✓] is  [ ] the party  [✓] the attorney for the party  who requested or caused the stay.

   b. [ ] is  [ ] the plaintiff or petitioner  [ ] the attorney for the plaintiff or petitioner.  The party who requested the stay has not appeared in this case or is not subject to the jurisdiction of this court.

2. This case is stayed as follows:

   a. [ ] With regard to all parties.

   b. [✓] With regard to the following parties (specify by name and party designation):

   Kathryn Mary Bazurto

3. Reason for the stay:

   a. [✓] Automatic stay caused by a filing in another court. (Attach a copy of the Notice of Commencement of Case, the bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number, debtor, and petitioners.)

   b. [ ] Order of a federal court or of a higher California court. (Attach a copy of the court order.)

   c. [ ] Contractual arbitration under Code of Civil Procedure section 1281.4. (Attach a copy of the order directing arbitration.)

   d. [ ] Arbitration of attorney fees and costs under Business and Professions Code section 6201. (Attach a copy of the client's request for arbitration showing filing and service.)

   e. [✓] Other: SPECIALLY APPEARING IN THIS ACTION ONLY TO GIVE NOTICE OF THE BANKRUPTCY

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 30, 2014

Law Offices of David A. Boone
(TYPE OR PRINT NAME OF DECLARANT)

▶ /s/ Leela V. Menon
(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California
CM-180 [New January 1, 2004]      NOTICE OF STAY OF PROCEEDINGS      Cal. Rules of Court, rule 224
American LegalNet, Inc. | www.USCourtForms.com

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE BY MAIL** |
| 2 | CASE NO: 12-52220 CN |
| 3 | CLIENT NAME: Kathryn Mary Bazurto |

I, the undersigned, certify:

I am a citizen of the United States and a resident of Santa Clara County, California. I am now, and at all times herein mentioned was, over the age of eighteen years and not a party to the above-captioned matter. My business address is 1611 The Alameda, San Jose, California 95126.

On January 30, 2014 I served the following documents:

**NOTICE OF STAY OF PROCEEDINGS**

on the following persons by placing a true copy thereof enclosed in a sealed envelope, first class United States mail with postage thereon fully prepaid, in the United States mail at San Jose, California, addressed as follows:

Stan S. Mallison
Hector R. Martinez
Marco A. Palau
Joseph D. Sutton
Mallison & Martinez
1939 Harrison Street, Suite 730
Oakland, CA 94549

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 30, 2014 at San Jose, California.

_Tiffany Gohnert_
Tiffany Gohnert

B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bazurto, Kathryn Mary** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**AKA Kathryn Mary Cook; AKA Kathryn Mary Guadagnin;**<br>**DBA Stages Unlimited** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-7847** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6160 Pacheco Pass Hwy**<br>**Hollister, CA**<br>ZIP Code **95023** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**San Benito** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4 01 13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   \*\*\* David A. Boone 74165 \*\*\*
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

United States Bankruptcy Court
Northern District of California

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 03/23/2012 at 09:31 AM and filed on 03/23/2012.

**Kathryn Mary Bazurto**
6160 Pacheco Pass Hwy
Hollister, CA 95023-0000
SSN / ITIN: xxx-xx-7847
*aka* **Kathryn Mary Cook**
*aka* **Kathryn Mary Guadagnin**
*dba* **Stages Unlimited**



FILED
03/23/2012
09:31 AM

The debtor's attorney is:

**David A. Boone**
Law Offices of David A. Boone
1611 The Alameda
San Jose, CA 95126
(408) 291-6000

The bankruptcy trustee is:

**Devin Derham-Burk**
P.O. Box 50013
San Jose, CA 95150-0013
(408) 354-4413

The case was assigned case number 12-52220 to Judge Charles Novack.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.canb.uscourts.gov/ or at the Clerk's Office, 280 South First Street, Room 3035, San Jose, CA 95113.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Gloria L. Franklin**
**Clerk, U.S. Bankruptcy Court**

PACER Service Center