IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A VELAZQUEZ-MATA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KATHRYN MARY BAZURTO,<br>Francisco Bazurto, *doing business as* Stages Unlimited<br><br><br>　　　　Defendant.<br>_____/ | No. C 13-05965 SI<br><br>**ORDER** |

　　　The Court has reviewed the Notice of Bankruptcy indicating that defendants in this case has now filed for bankruptcy protection.

　　　THEREFORE IT IS HEREBY ORDERED this case shall be stayed and statistically closed due to the pending bankruptcy proceeding.

Dated: 2/4/14

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge